# AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I. INTRODUCTION

I, Nathalie Saputa, (hereafter referred to as Affiant), being duly sworn, depose and state the following:

II. BACKGROUND, TRAINING, and KNOWLEDGE

1. I am a "law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I am a Postal Inspector with the United States Postal Inspection Service (USPIS) and currently assigned to the Contraband Interdiction and Investigation (CI2) Team at the Saint Louis, Missouri Field Office. I have been employed as a Postal Inspector since 2017.

2. As a Postal Inspector, I am responsible for investigating violations of federal law, and specifically violations of federal law involving the use of the United States Mails. I completed United States Postal Inspection Service Basic Training. I have also received advanced training by the USPIS in the investigation of controlled substances or proceeds/payments being transported through the United States. As a Postal Inspector, I have directed and participated in investigations that led to the conviction of

persons using the U.S. Mails to commit and to facilitate violations of federal law, including violations of federal drug laws.

3. From my training and experience as a Postal Inspector, I know the following:

a. that the United States Mails, and in particular Priority Mail Express and Priority Mail delivery services offered by the United States Postal Service, are frequently used as means by which to commit and facilitate the illegal distribution of substances that are controlled under federal law.

b. that with Priority Mail Express and Priority Mail delivery service, the United States Postal Service provides the sender with an approximate delivery time of one to three days, depending on the location and time at which the sender deposits the package with the United States Postal Service, and that the sender is then able to track the package online by its uniquely assigned tracking number from the time it is accepted by the United States Postal Service until the time it is delivered by the United States Postal Service.

III. BACKGROUND OF THE INVESTIGATION

4. The Federal Bureau of Investigation (FBI), Homeland Security Investigations (HSI) and the United States Postal Inspection Service (USPIS) have been investigating John Daniel CRUZ for offenses involving the unlawful distribution of controlled substances. On March 1, 2023, CRUZ was indicted for conspiracy to misbrand, introduce misbranded drugs, and sell counterfeit drugs in violation of Title 18 U.S.C. Section 371. As noted in the indictment, CRUZ conspired with others from at least

November 2019 through July 2021, to manufacture, acquire, and sell misbranded drugs. These drugs were essentially counterfeit and generic equivalents of Xanax, both with alprazolam and with bromazolam or clonazolam. The conspirators used a pill press with imprint stamps that were virtually indistinguishable from those used by pharmaceutical companies selling generic forms of Xanax.

 5. In June 2023, a cooperating source (CS-1) sent an email to the DEA in St. Louis, Missouri regarding CRUZ. CS-1 stated they had seen a press release about the arrest of CRUZ but informed that CRUZ was still selling Xanax pills on a darknet onion site that he had created. CS-1 further stated that CRUZ had a team working for him. Independently, HSI arrested a subject in Alabama (cooperating source two or CS-2) who also knew of CRUZ's operation. The information provided by CS-2 was consistent with the information provided by CS-1.

 6. CS-1 also provided information about an associate of CRUZ's in Lexington, Kentucky, identified as Jared JAMES, who used the nickname "Scooby." CS-1 described JAMES as CRUZ's best friend and main seller. CS-1 provided JAMES' Telegram and Session ID's as well as his Signal number and real phone number, which are the same; this number is (859) 576-4397. CS-1 has talked to JAMES through Signal using telephone number (859) 576-4397.

 7. Investigators determined that telephone number (859) 576-4397 was serviced by AT&T. According to AT&T, as of March 21, 2024, telephone number (859) 576-4397 has

3

been subscribed to by JAMES since September 29, 2022, with an address in Lexington, Kentucky, and an email address of jjames199726@gmail.com.

8.  In a call recorded on or about September 26, 2023, between CS-1 and JAMES, JAMES told CS-1 that he had received 50 kilograms of pill binder for CRUZ and was expecting two additional "drops" of 50 and 100 kilograms. Pill binder is a necessary component for making counterfeit Xanax. The pill binder is mixed with an active ingredient and then run through the pill press to form the finished product. JAMES told CS-1 he would have to rent a van and "drive it up." JAMES further said he would have to "do it myself." Also, in a call on or about November 13, 2023, JAMES told CS-1 that he bought $9,000 worth of precursor chemicals and drove them "up there."

9.  Investigators have confirmed that JAMES drives a red Cadillac with Kentucky registration 301-XXM. JAMES' red Cadillac has been observed on license plate reader images in the vicinity of Rochester, NY. On June 26, 2023, JAMES' Cadillac was observed approximately 58 miles west of Rochester, NY. This is consistent with the claims by JAMES that he drives to New York to meet with CRUZ to deliver precursors for making counterfeit pills.

10.  In a call recorded on or about November 13, 2023, JAMES stated that he sent $20,000 in cash on CRUZ's behalf to one of CRUZ's "buddies." The cash was intended to be exchanged for checks that CRUZ could use as fraudulent proof of employment. During that same call, JAMES stated that he told CRUZ that the doses were off in some of the pills he received. JAMES stated that the pills had 9-10mg of "bromo," which was very high.

4

11.  In a call recorded on or about March 3, 2024, between CS-1 and CRUZ, CRUZ stated that "Scooby" owes him money. CRUZ stated that he replaced 50,000 "bad blue ones." Investigators believe that CRUZ was referring to blue counterfeit Xanax pills.

12.  On April 8, 2024, during surveillance, law enforcement personnel observed Jared JAMES driving a red Cadillac sedan bearing Kentucky license plate 301-XXM. JAMES was observed entering the Bluegrass Post Office, Lexington, KY 40517, while holding what appeared to be mail parcels. JAMES was observed walking into the Post Office shortly after 6pm, when the post office was already closed for the day.



13. That same day, I went inside the Post Office and located five parcels believed to have been the parcels taken in by JAMES. All five parcels were addressed from the same sender, Electrician Paradise, 1408 Nicholasville Rd, Lexington KY 40504. The five parcels were addressed to different names in different states. All the parcels weighed approximately four (4) ounces. Postage for all the parcels was $7.87.

IV. PROPERTY TO BE SEARCHED

   a) Priority Mail package **9405 5361 1032 2760 9686 61**, (Subject Package 1) addressed to Bob Richardson 4513 Maple St, North Little Rock AR 72118-3613.

   b) Priority Mail package **9405 5361 1032 2760 9660 87**, (Subject Package 2) addressed to Matt Hisken 2802 SW 167th Pl, Burien WA 98166-3236.

   c) Priority Mail package **9405 5361 1032 2760 9673 43**, (Subject Package 3) addressed to Travess Raysor 395 Hope St., St. Paul, MN 55106-5001.

   d) Priority Mail package **9405 5361 1032 2760 9680 12**, (Subject Package 4) addressed to James Smith 6311 Monument Ave Richmond VA 23226-2840.

   e) Priority Mail package **9405 5361 1032 2760 9667 80**, (Subject Package 5) addressed to Zans Batjuks 420 Castlewood Ln, Buffalo Grove IL 60089-1616.

14. A review of available databases indicated that the return address for all five parcels as "Electrician Paradise" was not a valid business address at 1408 Nicholasville Rd, Lexington KY 40405. Based on training and experience, I know that narcotics traffickers often utilize fictitious sender/addressee information on parcels to avoid law enforcement detection.

15. A review of postal business records indicated that Subject Packages 1,2,3,4 and 5 were all mailed by JAMES at a self-service kiosk inside the lobby of the Post Office located at 3525 Lansdowne, Lexington, KY 40517. A self-service kiosk is an automated machine that provides postal services to customers and enables them to

complete postal transactions such as printing postage, mailing parcels and purchasing stamps, without assistance from an employee.

16. On April 8, 2024, a federal search warrant was issued for JAMES's residence located at 4390 Clearwater Way, Apartment 1704, Lexington, KY 40515. The search was conducted the next day, on April 9, 2024. During the search, marijuana, assorted pills, a vacuum sealer, and a label printer were seized, among other items. Also seized from the residence were pre-printed postal tracking labels bearing the return address "ELECTRICIAN PARADISE, 1408 NICHOLASVILLE RD, LEXINGTON KY 40504." This is the same fictitious return address located on the labels for the five parcels placed in the self-service kiosk by JAMES on April 8, 2024.



17. On April 10, 2024, Subject Packages 1, 2, 3, 4 and 5 were presented among a lineup of four packages of similar sizes and shapes to "Mardi," a certified narcotics detection canine. Mardi is handled by Lexington Police Narcotics Detective Roman Fowler, who provided the following information about the training and certification of Mardi and himself:

   a) On April 12, 2023, Mardi successfully completed narcotics detection certification by the North American Police Work Dog Association in the detection of controlled substances.

   b) Mardi is trained to give a positive, passive alert when he detects the odor of a controlled substance.

   c) Mardi is certified to detect the odor of the following controlled substances: marijuana, heroin, cocaine, and methamphetamine.

   d) Detective Fowler advised that he knows from his experience as a drug dog handler that the drug detection program and certification by North American Police Work Dog Association is recognized as a bona fide program. Furthermore, he advised that Mardi's successful completion was based on his reliability in detecting the odor of controlled substances in a controlled setting.

18. On April 10, 2024, Mardi was presented with four packages, three of which I know did not contain any controlled substances, and the fourth package being one of the Subject Packages. This process was repeated on five occasions, once for each Subject Package. Detective Fowler advised, and I observed, that Mardi alerted to Subject

9

Packages 1, 2, 3, 4 and 5 as being the package from which he detected the odor of controlled substances.

V. <u>CONCLUSION</u>

19. Based on the information contained in this Affidavit, I have probable cause to believe that controlled substances under the federal drug laws are contained in Subject Packages 1, 2, 3, 4 and 5, and that such controlled substances are evidence of a crime and otherwise contraband and illegally possessed in violation of 21 U.S.C. § 843(b) (use of mails to commit or facilitate a drug felony) and 21 U.S.C. § 841(a)(1) (knowing and intentional distribution of controlled substances).

**IT IS REQUESTED** that the Court authorize the search of a United States Postal Service Priority Mail packages with tracking numbers: 9405 5361 1032 2760 9686 61 (Subject Package 1); 9405 5361 1032 2760 9660 87 (Subject Package 2); 9405 5361 1032 2760 9673 43 (Subject Package 3); 9405 5361 1032 2760 9680 12 (Subject Package 4); and 9405 5361 1032 2760 9667 80 (Subject Package 5).

The above statement is true and correct to the best of my knowledge, and your Affiant requests that a search warrant be issued for the above-described property.

      /s/ Nathalie Saputa
      _____
      Nathalie Saputa
      U.S. Postal Inspector

Sworn to/attested to by the Affiant in accordance with the requirements of Federal Rules of Criminal Procedure 4.1 and 41 by telephone or other reliable electronic means this the __18__ day of April 2024.

_____
Matthew A. Stinnett
U.S. Magistrate Judge
Eastern District of Kentucky