## ATTACHMENT A
*Property to be Searched*

**Subject Package 1**



**Subject Package 2**



**Subject Package 3**

**Subject Package 4**



**Subject  Package 5**

